IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Brenda Burns, *Individually and as the Parent and Natural Guardian for B.B., a Minor*, | ) ) ) ) | C/A No. 1:15-cv-5060-TLW |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| Coty, Inc. and Coty US, LLC, | ) ) | |
| Defendants. | ) ) | |

On August 28, 2018, the plaintiff filed a petition for approval of a minor settlement in this products liability action. (ECF No. 71.) On September 24, 2018, this petition was referred to the undersigned magistrate judge for a hearing and Report and Recommendation on the motion. (ECF No. 72.)

In light of the foregoing, the Clerk of Court is directed to send the parties a Notice of Availability of United States Magistrate Judge for their consideration. If the parties consent to the magistrate judge's conducting all remaining proceedings pursuant to 28 U.S.C. § 636(c) in this matter, they shall complete the form and file it on or before **October 9, 2018**.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

September 24, 2018
Columbia, South Carolina