# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
## AIKEN DIVISION

| | |
|---|---|
| Brenda Burns, Individually and as the Parent and Natural Guardian for B.B., a Minor, | C/A No. 1:15-cv-05060-TLW-PJG |
| Plaintiff, | |
| vs. | **ORDER APPOINTING GUARDIAN *AD LITEM*** |
| Coty, Inc. and Coty US, LLC, | |
| Defendants. | |

This matter comes before me on petition of Brenda Burns on behalf of B.B., a minor under the age of (18) years, to be appointed Guardian ad Litem of her daughter. I find it is necessary to have a Guardian ad Litem appointed for the minor and that Brenda Burns is the appropriate person to act as the minor's Guardian ad Litem.

IT IS THEREFORE ORDERED that Brenda Burns shall serve as the minor's Guardian ad Litem in this matter.

IT IS SO ORDERED.

_____
The Honorable Paige Jones Gossett
United States Magistrate Judge

November 15, 2018
Aiken, South Carolina